# United States District Court
# For The Western District of North Carolina
# Statesville Division

PATRICIA G. PLUMMER,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                              5:11CV6

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2012 Order.

                                            Signed: May 22, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court